**Raffaele M. PANDOZY, Ph.D.,
Plaintiff—Appellant**

v.

**Mary Ann BEATY; Jay M. Patterson, Former Justice of District 101, Individually and in his official capacity; Lisa Matz, Court of Appeals, Individually and in her official capacity as Court Clerk; State of Texas; Martin Lowy, Justice of District 101, Individually and in his official capacity, Defendants—Appellees.**

No. 07–10919
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 11, 2008.

Raffaele M. Pandozy, pro se.

J. Michael Weston, Bennett, Weston & Lajone, Dallas, TX, Aaron B. Huffman, Office of the Attorney General, General Litigation Division, Austin, TX, for Defendants–Appellees.

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons stated in the magistrate judge's report and recommendation dated August 3, 2007.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.